IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAVASHIA AKINS**                                                                                      **PLAINTIFF**

V.                                    Case No. 4:25-CV-00610-JM

**CHECKR, INC.**                                                                                        **DEFENDANT**

## ORDER

Checkr, Inc.'s motion to dismiss (Doc. 7) is GRANTED. Akins filed her Complaint in June 2025 alleging that Checkr, Inc. violated the Fair Credit Reporting Act in 2022 when it provided inaccurate information on her driving record to her employers resulting in her losing her job as a gig driver for Walmart Spart, Point Pickup, Uber Eats, and Shipt. (Doc. 2). The Court need not consider the accuracy of those reports because, as Checkr, Inc. accurately argues, Akins failed to bring her FCRA claim within the two-year statute of limitations after discovering the reports and losing her job. *See* 15 U.S.C. §1981p(1). Accordingly, Akins's complaint is dismissed with prejudice as untimely.

IT IS SO ORDERED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE