IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAVASHIA AKINS**                                                                                                                      **PLAINTIFF**

V.                                    Case No. 4:25-CV-00610-JM

**CHECKR, INC.**                                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE